JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

XUEHE QUAN,

        Petitioner,

    v.

JAMES JANECKA, ET AL.,

        Respondents.

Case No. 5:26-cv-03437-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Xuehe Quan (A# 226-134-798) ("Petitioner") from custody on her prior conditions of release (only those conditions in place prior to Petitioner's February 19, 2026 re-detention). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the

community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   July 6, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE